IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

IN RE:
PATRICK CECIL POWELL
DIAN METRESA POWELL
        DEBTOR

CHAPTER 13

CASE NO: 17-60077-EJC

## CERTIFICATE OF SERVICE

I hereby certify that I have this day served by either certified mail or electronically a copy of the foregoing Third Amended Chapter 13 Plan to the following:

O. Byron Meredith, III
Chapter 13 Trustee
savch13@ch13sav.com

U. S. Trustee
Ustpregion21.sv.ecf@usdoj.gov

Respectfully submitted this 7th day of August, 2017.

/s/ **Susan S. Shook**
**Attorney for Debtor**
**State Bar No. 643870**

**Post Office Drawer 1040**
**Vidalia, Georgia  30475**
**(912)537-2666**
**susanshook@bellsouth.net**