**IT IS ORDERED as set forth below:**



Date: September 27, 2017

_____
Edward J. Coleman, III
United States Bankruptcy Court Judge

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA

In the matter of: )
)
PATRICK CECIL POWELL ) Chapter 13
DIAN METRESA POWELL ) Case No. 17-60077-EJC
27 SPRINGLAKE ROAD )
TWIN CITY, GA 30471  Debtor(s) )
)

**ORDER ON CONFIRMATION**

After a hearing to consider confirmation of the plan in the above-styled Chapter 13 case it is hereby determined that confirmation is:

[X] Granted upon condition that:

    [ ] Debtor(s) pay $_____ by _____.

    [ ] Debtor(s) Pay $_____ per _____ until _____.

    [ ] Debtor(s) attend(s) next scheduled § 341 Meeting and no timely objection to confirmation is filed thereafter. If an objection is filed, confirmation will be reassigned for hearing.

    [X] Debtor(s) make(s) all future payments to the Trustee in a timely manner. Upon any default, the Trustee shall file and serve a Notice of Non-compliance. If no request for a hearing is filed within fourteen (14) days of the Notice of Non-compliance, the case will be dismissed. No such request should be filed unless the Trustee's notice is factually inaccurate. *Strict compliance for a period of six (6) months.*

[ ] Continued to _____ at _____ a.m. / p.m.

    [ ] Upon payment of $ _____ by _____;

    [ ] With payments of $ _____ per _____ in the interim;

    [ ] Debtor's counsel is ordered to file a modified plan by _____;

062

[ ] Debtor's counsel is ordered to file objection(s) to claim(s) by _____;

[ ] Upon condition that Debtor(s) _____;

[X] Upon the failure of Debtor(s) or Debtor's counsel to strictly comply with the terms of this Order the case may be dismissed without further notice or hearing.

**[END OF DOCUMENT]**

Prepared by:

s/ Jeff Narmore, Staff Attorney
Jeff Narmore, Staff Attorney
Office of the Chapter 13 Trustee
Georgia Bar No. 412079
P.O. Box 10556
Savannah, GA 31412
(912) 234-5052

Consented to by:

Susan Shook #643870

SUSAN S. SHOOK
SUSAN S. SHOOK, PC
P O BOX 1040
VIDALIA, GA 30474

062
1760077